UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUAN SEBASTIAN VILLAMIL PASCUAS,

Petitioner,

v.

WARDEN, et al.,

Respondents.

Case No. 5:26-cv-02500-SRM-PD

**ORDER DENYING *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER [2]**

Before the Court is Petitioner Juan Sebastian Villamil Pascuas's ("Petitioner") *ex parte* application for a temporary restraining order. Dkt. 2. Petitioner is currently in immigration custody and seeks a temporary restraining order requiring, among other things, Respondents to release him from detention. *See id.* at 6.

Due to the influx of petitions for writs of habeas corpus filed by those in immigration detention, and to facilitate their expedited resolution, the Court has issued General Order No. 26-05. Dkt. 5. Pursuant to the General Order, the Court set a briefing schedule on the underlying petition for writ of habeas corpus in this case: Respondents' answer is due by May 18, 2026, and Petitioner's reply is due no later than 14 days after the answer is served. *See id.* at 2. In light of the expedited briefing schedule on the underlying habeas petition, the Court is not convinced that emergency relief is necessary, as any delay that may result

-1-

from awarding Petitioner relief based on the habeas petition alone would be brief. Thus, the Court concludes that Petitioner is not entitled to *ex parte* relief. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008) (Petitioner "must establish . . . that he is likely to suffer irreparable harm in the absence of preliminary relief."). Accordingly, the *ex parte* application is **DENIED**. Proceedings on the merits of underlying habeas petition will continue before the Magistrate Judge.

**IT IS SO ORDERED.**

Dated: May 12, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-2-