UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUAN SEBASTIAN VILLAMIL PASCUAS,

　　　　　　　　Plaintiff,

　　　v.

WARDEN, et al.,

　　　　　　　　Defendants.

Case No. 5:26-cv-02500-SRM-PD

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [11]**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). The objection period was eliminated because the government did not present an argument in opposition.

The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.  Accordingly, Claim One of the Petition under Due Process is granted, and the remaining claims are dismissed without prejudice.  The Court orders the following:

(1) Respondents, their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with Respondents shall release Petitioner from immigration custody within 24 hours of this Order;

-1-

(2) Respondents shall file a declaration within two days of this Order confirming Petitioner has been released; and

(3) Respondents shall place Petitioner on the same conditions of release that were in place before his re-detention.

**IT IS SO ORDERED.**

Dated: May 22, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-2-