JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JUAN SEBASTIAN VILLAMIL PASCUAS,

Plaintiff,

v.

WARDEN, et al.,

Defendants.

Case No. 5:26-cv-02500-SRM-PD

**JUDGMENT**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, Dkt. 11, IT IS ADJUDGED that the Petition is granted in part. Claim One is granted and the remaining claims are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: May 22, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-